## JOSE A. COSME *v.* COMMISSIONER OF CORRECTION

The petitioner Jose A. Cosme's petition for certification for appeal from the Appellate Court, 94 Conn. App. 148 (AC 26156), is denied.

*Anthony J. Musto*, special public defender, in support of the petition.

*Nancy L. Chupak*, assistant state's attorney, in opposition.

Decided April 19, 2006